## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES HERBERT STYRON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 03-0572-CG-C |
| | ) |
| **CITY OF FOLEY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT

Pursuant to the memorandum, opinion and order entered on November 18, 2005, granting summary judgment in favor of the defendants (Doc. 78) and the parties' settlement of the counterclaims of Heidi Loftis, Darren Miller, Tony Nelson and James Brown (See Doc. 80), it is **ORDERED, ADJUDGED**, and **DECREED** that this case be, and it hereby is, **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiffs with respect to adjudication of their claims against the defendants.

**DONE and ORDERED** this 3rd day of January, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE